## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dustin   Nathaniel Vieli<br>       Amanda Lynn Vieli  fka Amanda Lynn Halligan<br>                    Debtor(s) | BK NO. 19-04724 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
23 Dec 2020, 16:39:45, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322