# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Dustin Nathaniel Vieli and Amanda Lynn Vieli fka Amanda Lynn Halligan <br><br> Debtors | Chapter: 13 <br><br> Bankruptcy No.: 1:19-bk-04724-HWV <br><br> 11 U.S.C. § 362 |

Lakeview Loan Servicing, LLC

                                                      Movant

                                           vs.

Dustin Nathaniel Vieli and Amanda Lynn Vieli fka Amanda Lynn Halligan

                                                      Debtors

                                           and

Jack N Zaharopoulos

                                                      Trustee
                                           RESPONDENTS

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtors, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Lakeview Loan Servicing, LLC, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| | |
|---|---|
| <u>MAIL TO:</u><br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046 | Respectfully submitted,<br><br> /s/ Michael Clark<br>Richard M. Squire, Esq.<br>M. Troy Freedman, Esq.<br>Michael J. Clark, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046<br>215-886-8790<br>215-886-8791 (FAX)<br>rsquire@squirelaw.com<br>tfreedman@squirelaw.com<br>mclark@squirelaw.com |

Dated: September 10, 2021

Case 1:19-bk-04724-HWV    Doc 57    Filed 09/10/21    Entered 09/10/21 09:59:33    Desc
Main Document      Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Dustin Nathaniel Vieli and Amanda Lynn Vieli fka Amanda Lynn Halligan | Chapter: 13 |
|---|---|
| | Bankruptcy No.: 1:19-bk-04724-HWV |
| Debtors | 11 U.S.C. § 362 |

Lakeview Loan Servicing, LLC

                            Movant

                    vs.

Dustin Nathaniel Vieli and Amanda Lynn Vieli fka Amanda Lynn Halligan

                            Debtors

                   and

Jack N Zaharopoulos

                            Trustee

                        RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served: September 10, 2021

Jack N Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Amanda Lynn Vieli
5116 Sunset Drive
Harrisburg, PA 17112-2436

Dustin Nathaniel Vieli
5116 Sunset Drive
Harrisburg, PA 17112-2436

Gary J Imblum
4615 Derry Street
Harrisburg, PA 17111

I hereby certify the foregoing to be true and correct under penalty of perjury.

> Respectfully submitted,
>
> /s/ Michael Clark
> Richard M. Squire, Esq.
> M. Troy Freedman, Esq.
> Michael J. Clark, Esq.
> One Jenkintown Station, Suite 104
> 115 West Avenue
> Jenkintown, PA 19046
> 215-886-8790
> 215-886-8791 (FAX)
> rsquire@squirelaw.com
> tfreedman@squirelaw.com
> mclark@squirelaw.com