In re:            Case No. 19-04724-HWV

Dustin Nathaniel Vieli            Chapter 13

Amanda Lynn Vieli

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 3

Date Rcvd: Feb 09, 2022          Form ID: ordsmiss          Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin Nathaniel Vieli, Amanda Lynn Vieli, 5116 Sunset Drive, Harrisburg, PA 17112-2436 |
| 5266034 | + | Cedar Valley Psychiatry, 8130 Adams Drive, Hummelstown, PA 17036-8623 |
| 5266036 | + | Cindy & Derek Vieli, 2767 Sand Beach Road, Grantville, PA 17028-8678 |
| 5266039 | + | Commonwealthof Pennsylvania, c/o MDJ William C. Wenner, 5925 Stevenson Avenue, Suite B, Harrisburg, PA 17112-1788 |
| 5266040 | + | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5266042 | | Dominic Vieli, 54 Bellgrove Raod, Palmyra, PA 17078 |
| 5276213 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5288552 | + | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 5435025 | + | Lakeview Loan Servicing, LLC, Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 5266044 | + | Leffler Energy, c/o Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 5266045 | + | Lower Paxton Township Authority, 425 Prince Street #139, Harrisburg, PA 17109-3053 |
| 5266047 | + | MSHMC Physicians Group, PO Box 643313, Pittsburgh, PA 15264-3313 |
| 5266058 | + | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5266057 | + | PPL, c/o MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5266051 | + | Penn State Hershey Medical Center, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5266052 | + | Phelan Hallinan Diamond & Jones, LL, 1617 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5266053 | + | Pinnacle Cardiovascular Heart, c/o Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5266054 | + | Pinnacle Health Hospitals, c/o Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 5266055 | + | Pinnacle Health Medical Services, c/o Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5266060 | + | Quantum Imaging & Therapeutic Assoc, PO Box 62165, Baltimore, MD 21264-2165 |
| 5266061 | + | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 5266062 | + | State of PA Attorney General, c/o Arcadia Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 5275249 | + | TMSHMC Hospital, PO Box 853, Hershey, PA 17033-0853 |
| 5275248 | + | TMSHMC Physicians, PO Box 854, Hershey, PA 17033-0854 |
| 5266064 | + | UPMC Pinnacle, PO Box 829901, Philadelphia, PA 19182-1901 |
| 5266065 | + | UPMC Pinnacle Harrisburg, c/o Healthcare Receivable Specialis, 26 State Avenue, Suite 102, Carlisle, PA 17013-4457 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2022 18:48:45 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5266033 | + | EDI: URSI.COM | Feb 09 2022 23:48:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 5266037 | + | EDI: SWCR.COM | Feb 09 2022 23:48:00 | Comcast, c/o Southwest Credit Systems, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 5266038 | + | EDI: WFNNB.COM | Feb 09 2022 23:48:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5266040 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Feb 09 2022 18:43:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5266041 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2022 18:43:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5266043 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 09 2022 18:43:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5266031 | | EDI: IRS.COM | Feb 09 2022 23:48:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5266035 | | EDI: JPMORGANCHASE | Feb 09 2022 23:48:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5276213 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 09 2022 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5288633 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2022 18:48:44 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5266046 | + | Email/Text: Bankruptcies@nragroup.com | Feb 09 2022 18:43:00 | MSHMC Physicians Group, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5266048 | + | EDI: AGFINANCE.COM | Feb 09 2022 23:48:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5266032 | | EDI: PENNDEPTREV | Feb 09 2022 23:48:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5266032 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2022 18:43:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5266056 | + | Email/Text: support@ljross.com | Feb 09 2022 18:43:00 | PPL, c/o LJ Ross Associates, PO Box 6099 - 4 Universal Way, Jackson, MI 49204-6099 |
| 5266049 | | Email/Text: joey@rmscollect.com | Feb 09 2022 18:43:00 | Patient First, c/o Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5274378 | + | Email/Text: joey@rmscollect.com | Feb 09 2022 18:43:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5266050 | + | Email/Text: Bankruptcies@nragroup.com | Feb 09 2022 18:43:00 | Penn State Hershey, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5266059 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 09 2022 18:43:00 | Quantum Imaging, c/o Receivables Management Partners, PO Box 349, Greensburg, IN 47240-0349 |
| 5266063 | + | EDI: WTRRNBANK.COM | Feb 09 2022 23:48:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5285398 | | EDI: AIS.COM | Feb 09 2022 23:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Dustin Nathaniel Vieli gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Amanda Lynn Vieli gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FLAGSTAR BANK FSB Et.Al pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael J Clark | on behalf of Creditor Lakeview Loan Servicing LLC pabk@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK FSB Et.Al tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dustin Nathaniel Vieli,

  **Debtor 1**

Amanda Lynn Vieli,
fka Amanda Lynn Halligan,

  **Debtor 2**

Chapter  13

Case No.  1:19−bk−04724−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 9, 2022

ordsmiss (05/18)